In the Matter of the Application of RUSSELL, SHEVLIN AND RUSSELL, as Attorneys.

WILLIAM C. LIMBERG, Appellant; RUSSELL, SHEVLIN AND RUSSELL, as Attorneys, et al.; Respondents.

Submitted June 19, 1939; decided June 21, 1939.

*Matthew J. Shevlin* and *Alphonse G. Lieber* for motion.

*Charles H. Wald, Frederick W. Ritter* and *Henry Koch* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.